JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO SAUCEDO,<br><br>        Plaintiff,<br><br>    v.<br><br>ILWU-PMA WELFARE PLAN,<br><br>        Defendant. | Case No. 8:23-cv-00305-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion to Dismiss [ECF No. 18] entered on or about July 17, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure in view of Plaintiff's failure to respond,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant ILWU-PMA Welfare Plan shall have **JUDGMENT** in its favor, and against Plaintiff Eduardo Saucedo. Plaintiff Eduardo Saucedo shall take nothing by way of his Complaint. This action, including all claims asserted herein, is **DISMISSED**.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE